MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
AMANDA CORDES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMANDA CORDES, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:18-cr-00252-JCM-VCF <br><br> STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED by and between AMANDA CORDES, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and ROBERT KNIEF, Assistant United States Attorney, that Defendant AMANDA CORDES pretrial release be modified as follows:

1. That Defendant CORDES currently resides a halfway house at 2901 Sonny Davis Jr. Drive, Las Vegas, Nevada 89108.

2. That Defendant CORDES has completed her intensive outpatient treatment.

3. That Defendant CORDES is requesting to move back to her home, 2044 Daisy Meadow Lane, North Las Vegas, Nevada 89032.

4. The Pretrial Services Officer supervising CORDES informs the Government that he has no objection to CORDES moving back home and CORDES has to date complied with her conditions of release.

-1-

5. Counsel has spoken to Assistant United States Attorney Robert Knief and he has no opposition to the request for Defendant CORDES to move back to her home.

6. That Defendant CORDES will abide by all of her pretrial release conditions and check in with her Pretrial Officer as instructed.

DATED this 19th day of March, 2019.

PITARO & FUMO, CHTD.	UNITED STATES ATTORNEY

/s/	/s/
MICHAEL J. MICELI, ESQ.	ROBERT KNIEF, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH	ASSISTANT UNITED STATES ATTORNEYS
LAS VEGAS, NEVADA 89101	501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR DEFENDANT	LAS VEGAS, NEVADA 89101
AMANDA CORDES

**ORDER**

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO ORDERED**.

DATED March 26, 2019

_____
U.S. MAGISTRATE JUDGE