**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 10151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 382-9961
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**AMANDA CORDES**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:18-CR-00252-JCM-VCF |
| Plaintiff, | |
| vs. | |
| **AMANDA CORDES**, | |
| Defendant. | |

**STIPULATION AND ORDER TO MODIFY TERMS OF PRETRIAL RELEASE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH, ESQ.**, United States Attorney, and **ROBERT KNIEF**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **AMANDA CORDES;** that Defendant's pretrial release conditions be modified to allow her to travel out of the state of Nevada under the following conditions:

///

///

1. Defendant Cordes is allowed to travel outside of the state of Nevada as long as she provides her itinerary to her pretrial officer and that the travel is approved by her pretrial officer.

**DATED** this 16th day of March, 2020

| | |
|---|---|
| /s/ Michael J. Miceli, Esq. | /s/ Robert Knief, Esq. |
| **MICHAEL J. MICELI** | **ROBERT KNIEF, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 333 Las Vegas Blvd. South |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |
| **AMANDA CORDES** | |

**IT IS SO ORDERED**.

DATED this 23rd day of March, 2020.

_____
Cam Ferenbach
United States Magistrate Judge