PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                         Crim No. 2:18CR00252

Amanda Cordes

On January 6, 2021 the above named was placed on supervised release for a period of three (3) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

_____
Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated August 16, 2023.

_____
James C. Mahan
Senior United States District Judge